IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE O'CONNELL & ALBERT KLESCHIK, SR., h/w | : : : | CIVIL ACTION |
| v. | : : | |
| MARSHALLS, INC. & THE TJX COMPANIES, INC. | : : | NO. 17-2438 |

# **ORDER**

AND NOW, this 11th day of October 2017, after consideration of Defendants' motion for leave to amend and related motion for summary judgment (Docs. 7 & 8), Plaintiffs' responses thereto (Docs. 19 & 21), and Defendants' replies (Docs. 24 & 25), and for the reasons explained in the accompanying Memorandum, it is HEREBY ORDERED as follows:

1. Defendants' motion for leave to amend the Answer to add the affirmative defenses of standing and judicial estoppel (Doc. 17) is GRANTED; and

2. Defendants' motion for summary judgment (Doc. 18) is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.