IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE O'CONNELL & ALBERT KLESCHIK, SR., h/w | : : : | CIVIL ACTION |
| v. | : : | |
| MARSHALLS, INC. & THE TJX COMPANIES, INC. | : : | NO. 17-2438 |

# **ORDER**

AND NOW, this 21st day of November 2017, after consideration of Defendants' motion for reconsideration (Doc. 32), Plaintiffs' response (Doc. 33), and Defendants' reply (Doc. 35), and for the reasons explained in the accompanying Memorandum, IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.